**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **DEYOUNG LEMONS, 1288893,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:08-CV-0462-D |
| ) | |
| **NATHANIEL QUARTERMAN, Director, Texas** ) | |
| **Dept. of Criminal Justice, Correctional** ) | |
| **Institutions Division,** ) | |
| Respondent. ) | |

## ORDER

After conducting a *de novo* review, the court holds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

February 26, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE